PALMER, LOMBARDI & DONOHUE LLP
E. SCOTT PALMER, SBN 155376
Email: spalmer@pldlawyers.com
ARTI L. BHIMANI, SBN 150864
Email: abhimani@pldlawyers.com
888 West 6th Street, 12th Floor
Los Angeles, California 90017
Phone: (213) 688-0430
Fax: (213) 688-0440

Attorneys for Defendant GMAC Mortgage, LLC (erroneously sued as GMAC Mortgage USA Corporation)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD VAN DYKE, an individual; NADINE DIETRICH, an individual,<br><br>       Plaintiffs,<br><br> vs.<br><br>GREENPOINT MORTGAGE FUNDING, INC., a New York Corporation; GMAC MORTGAGE USA CORPORATION, a Delaware Corporation; and DOES 1-10, inclusive,<br><br>       Defendant(s). | Case No.  CV09-4520 ODW (SSx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Current response date: July 20, 2009<br>New response date:    August 7, 2009<br><br>Complaint Filed: June 23, 2009 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

   Defendant GMAC Mortgage, LLC ("GMAC Mortgage") (erroneously sued as GMAC Mortgage USA Corporation and Plaintiff Richard Van Dyke stipulate to a 20 day extension of the time in which GMAC Mortgage has to respond to Plaintiff's complaint or move to dismiss claims.  The extension, pursuant to Local Rule 8-3, will give the parties extra time to discuss settlement and anticipated challenges to the complaint. GMAC Mortgage's response to the complaint or motion to dismiss

---

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN THIRTY DAYS

1  claims is currently due on July 20, 2009, and will now be due on August 7, 2009.
2  GMAC Mortgage has not waived any objection to the venue or to the jurisdiction of
3  the court over the person of the defendant, or any other challenge to the complaint or
4  other pleadings in this case.

6  IT IS SO STIPULATED.

8  DATED: July 15, 2009

By  /s/ Arti L. Bhimani
E. SCOTT PALMER
ARTI L. BHIMANI
PALMER, LOMBARDI & DONOHUE LLP
Attorneys for Defendant GMAC Mortgage,
LLC (erroneously sued as GMAC Mortgage
USA Corporation)

17  DATED: July 15, 2009

By  /s/ Deborah L. Raymond
DEBORAH L. RAYMOND
LAW OFFICES OF DEBORAH L. RAYMOND
Attorney for Plaintiffs Richard Van Dyke and
Nadine Dietrich

- 2 -
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN THIRTY DAYS