LAW OFFICES OF DEBORAH L. RAYMOND
Deborah L. Raymond, SBN 173528
445 Marine View Avenue, Suite 305
Del Mar, CA 92014
(858) 481-9559
email: draymond@lawinfo.com

JS - 6

Attorney For Plaintiffs, RICHARD VAN DYKE and NADINE DIETRICH

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD VAN DYKE, an individual; NADINE DIETRICH, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>GREENPOINT MORTGAGE FUNDING, INC., a New York Corporation; GMAC MORTGAGE USA CORPORATION, a Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendant(s). | Case No.  CV09-4520 JVS (MLGx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

TO ALL PARTIES AND THEIR ATTORNEY(S) OF RECORD:

The Joint Stipulation to Dismiss the entire action with prejudice having been received and read by the Court and good cause appearing therefore,

IT IS HEREBY ORDERED that the entire action is dismissed with prejudice as to pursuant to Federal Rule of Civil Procedure section 41(a)(1).

1  IT IS FURTHER ORDERED that the Court shall retain jurisdiction pending

2  completion of provisions set forth in the Parties' settlement agreement.

3  **IT IS SO ORDERED.**

4  Dated: October 7, 2009

_____
UNITED STATES DISTRICT JUDGE